

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00022-CR

**IN RE** John **KYLE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Luz Elena D. Chapa, Justice
             Beth Watkins, Justice

Delivered and Filed: January 29, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On January 14, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause No. 2005CR3212, styled *The State of Texas v. John Kyle*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Mary Roman presiding.